No. 02–10576. LAIR v. HORN ET AL. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 02–10603. WOMACK v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 02–10624. BERGLUND v. CITY OF MAPLEWOOD, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–10636. PEABODY v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10647. MILLER v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 02–10650. SANCHEZ v. WALTERS, SUPERINTENDENT, CASWELL CORRECTIONAL CENTER. C. A. 4th Cir. Certiorari denied.

No. 02–10653. SECRESS v. SECRESS. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 02–10662. CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10681. RUTLEDGE v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 02–10702. GULLEY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02–10709. FRACTION v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 02–10717. ZHENGXING v. TOMLINSON, CHAIRMAN, UNITED STATES BROADCASTING BOARD OF GOVERNORS. C. A. D. C. Cir. Certiorari denied.

No. 02–10731. WHITAKER v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–10745. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.